*F. Burns,* and *Jacob M. Lashly* for petitioners in No. 736. Messrs. *William B. Cockley, Godfrey Goldmark,* and *Henry N. Ess* for respondents. Reported below: 24 F. Supp. 729.

No. 634. LUCCHI ET AL. *v.* UNITED STATES; and

No. 655. UNITED STATES *v.* INTERNATIONAL FUR WORKERS UNION ET AL. March 27, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph A. Padway* for petitioners in No. 634. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Mr. M. S. Huberman* for the United States. *Mr. Joseph G. M. Browne* for respondents in No. 655. Reported below: 100 F. 2d 541.

No. 649. UNION JOINT STOCK LAND BANK *v.* BYERS, ET AL. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. A. G. Masters* for petitioner. *Mr. Dean D. Sturgis* for respondents.

No. 653. COOS (OR KOWES) BAY, LOWER UMPQUA (KALAWATSET), AND SINSLAW INDIAN TRIBES *v.* UNITED STATES. March 27, 1939. Petition for writ of certiorari to the Court of Claims denied. Messrs. *Daniel B. Henderson* and *T. Hardy Todd* for petitioners. *Solicitor General Jackson, Assistant Attorney General McFarland,* and *Mr. C. W. Leaphart* for the United States.

No. 659. HAMILTON NATIONAL BANK *v.* UNITED STATES. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. C. W. K. Meacham* for petitioner. *Solicitor*